ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JAVIER CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAVIER CRUZ,<br><br>    Defendant. | Case No.: 10-CR-0113 OWW<br><br>STIPULATION AND ORDER  TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED between the Defendant, JAVIER CRUZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen Servatius that the Status Conference now set to begin on Monday, November 29, 2010, at 1:30 p.m. be continued to Monday, December 6, 2010 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.  Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

- 1 –

PDF created with pdfFactory trial version www.pdffactory.com

2.     Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  November 24, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JAVIER CRUZ

Dated:  November 24, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Kathleen Servatius
Kathleen A. Servatius
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Status Conference now scheduled to begin on Monday, November 29, 2010 is vacated and is now scheduled to be held on Monday, December 6, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 24, 2010                    /s/ OLIVER W. WANGER

United States District Judge

- 2 –

PDF created with pdfFactory trial version www.pdffactory.com