ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JAVIER CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00113 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JAVIER CRUZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, JAVIER CRUZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen Servatius that the Status Conference now set to begin on Monday, April 18, 2011 at 9:00 a.m. be continued to Monday, April 25, 2011 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.  Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2.      Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                            Respectfully submitted,

Dated: April 13, 2011                        /s/ Anthony P. Capozzi
                                                 Anthony P. Capozzi,
                                                 Attorney for Defendant,
                                                 JAVIER CRUZ

Dated: April 13, 2011                        /s/ Kathleen Servatius
                                                 Kathleen A. Servatius
                                                 Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Status Conference now scheduled to begin on Monday, April 18, 2011 is vacated and is now scheduled to be held on Monday, April 25, 2011 at 1:30 p.m.

IT IS SO ORDERED.

    Dated:  **April 13, 2011**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE