BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00113-AWI |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

WHEREAS, on September 8, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1), based upon the plea agreement entered into between plaintiff and defendant Javier Cruz forfeiting to the United States the following property:

      a.    Approximately $6,640.00 in U.S. Currency, and

      b.    A personal forfeiture money judgment in the amount of $11,500.00.

AND WHEREAS, Beginning September 11, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of

FINAL ORDER OF FORFEITURE

1  their right to petition the Court within sixty (60) days from the first

2  day of publication of the notice for a hearing to adjudicate the

3  validity of their alleged legal interest in the forfeited property;

4       AND WHEREAS, the Court has been advised that no third party has

5  filed a claim to the subject property and the time for any person or

6  entity to file a claim has expired.

7       Accordingly, it is hereby ORDERED and ADJUDGED:

8       1.   A Final Order of Forfeiture shall be entered forfeiting to the

9  United States of America all right, title, and interest in the above-

10 listed property pursuant to 18 U.S.C. § 982 and Fed. R. Crim. P.

11 32.2(b)(1), to be disposed of according to law, including all right,

12 title, and interest of Javier Cruz.

13      2.   All right, title, and interest in the above-listed property

14 shall vest solely in the name of the United States of America.

15      3.   The United States Marshals Service shall maintain custody of

16 and control over the subject property until it is disposed of according

17 to law.

18 IT IS SO ORDERED.

19

20 Dated:      March 8, 2012            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE