UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  **RE:  Javier Cruz**
Senior United States District Judge  **Docket Number:  1:10CR00113-001**
Fresno, California  **PERMISSION TO TRAVEL**
  **OUTSIDE THE COUNTRY**

Your Honor:

Javier Cruz is requesting permission to travel to Tijuana, Mexico.   Javier Cruz is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 21, 2011, Javier Cruz was sentenced for the offense(s) of 21 USC 846, 841(a)(1)(A) and (b)(1)(A) - Conspiracy to Distribute Methamphetamine [Count One] (CLASS A FELONY); and 18 USC 1956(a)(3)(B) - Money Laundering [Counts Three - Ten] (CLASS C FELONIES).

**Sentence Imposed:**  He was originally sentenced to 96 months in the Bureau of Prisons and 60 months Supervised Release.

**Dates and Mode of Travel:**  Mr. Cruz indicated he will be traveling alone to Tijuana, Mexico. He plans to drive there in a rental vehicle. He is requesting to travel for a period of three days.

**Purpose:**  Mr. Cruz indicated he wishes to visit with family, including his parents.

1

**RE:   Javier Cruz
       Docket Number:  1:10CR00113-001
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Yasmin Villegas

YASMIN VILLEGAS
Sr. United States Probation Officer

Dated:   April 11, 2017
         Visalia, California
         Yv/LJR

**REVIEWED BY:**     /s/ Lonnie E. Stockton
                    **LONNIE E. STOCKTON
                    Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   April 11, 2017                    _____
                                           SENIOR  DISTRICT  JUDGE