UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: Javier Cruz
Senior United States District Judge  Docket Number: 1:10CR00113-001
Fresno, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Javier Cruz is requesting permission to travel to Tijuana, Mexico. Javier Cruz is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 21, 2011, Javier Cruz was sentenced for the offenses of Count 1, 21 USC 846, 841(a)(1)(A) and (b)(1)(A), Conspiracy to Distribute Methamphetamine (Class A Felony); and Counts 3 through 10, 18 USC 1956(a)(3)(B), Money Laundering (Class C Felonies).

**Sentence Imposed:** 96 months custody in the Bureau of Prisons, 60 months Supervised Release, $900 Special Assessment (Paid). Special conditions include: Warrantless Search; Financial Disclosure; Drug/Alcohol Treatment; Drug/Alcohol Testing; Cellular Phone Disclosure; No Alcohol; Mental Health Treatment; Aftercare Co-payment; Drug Registration; Cooperate with ICE

**Dates and Mode of Travel:** Traveling from December 6, 2018, through December 9, 2018, in a rented vehicle. He will be lodging at his aunt's house.

**Purpose:** To visit family.

**RE:    Federico Garcia
 Docket Number:  0972 1:13CR00233-001
 <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:    November 20, 2018
 Fresno, California
 AG/dp

**REVIEWED BY:**        *Tim D. Mechem*
                           **Tim D. Mechem
                           United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   November 27, 2018            _____
                                     SENIOR  DISTRICT  JUDGE